UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSE PEREZ,                                   :
       Plaintiff,                             :       Civil No. 3:13-CV-520
       v.                                    :
UNITED STATES OF AMERICA,                     :       (Judge Kosik)
       Defendants.                            :

**ORDER**

AND NOW, this 27th day of March, 2014, IT APPEARING TO THE COURT THAT:

(1) The Magistrate Judge found that the terms of the settlement agreement have been substantially complied with and that there was no material breach of the agreement with the Defendant;

(2) No Objections were filed by Plaintiff; and

(3) We agree with the Magistrate Judge's findings;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed February 28, 2014 (Doc. 30) is **ADOPTED**; and

(2) The Plaintiff's request to reopen this case (Doc. 27) is **DENIED**.

Edwin M. Kosik
United States District Judge

FILED
SCRANTON

MAR 27 2014

PER _____
DEPUTY CLERK